UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES AWUSIN INKO-TARIAH,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BUDWEISER BREW HOUSE, *et al.*,  )<br>  )<br>Defendants.  )<br>  ) | Case No. 22-cv-01365 (APM) |

### ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 22, the court grants Defendants' Motion to Dismiss, ECF No. 18, and denies Plaintiff's Motion to Appoint Counsel, ECF No. 3.  This action is hereby dismissed.  This is a final, appealable order.

Dated: November 10, 2022

Amit P. Mehta
United States District Court Judge