# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### *Civil Division*

| | |
|---|---|
| **CHARLES AWUSIN INKO-TARIAH.**) | |
| 1203½  Otis Street, NE                     ) | |
| *P. O. Box 29074.                            ) | |
| Washington, D.C. 20017.                  ) | |
| (202) 855-3530/(202) 235-2832VP  ) | |
| Plaintiff /Appellant   ) | |
| ) | |
| Vs.                             ) | |
| ) | |
| **BUDWEISER BREW HOUSE**      ) | **Case Number:  1-22-CV-01365-APM** |
| **ANHEUSER-BUSCH  IN-BEV**       ) | |
| (LEGAL DEPARTMENT)                   ). | **JUDGE AMIT P. MEHTA** |
| 250 PARK AVENUE,                          ) | |
| NEW YORK, NY 10177                      ) | **JURY DEMAND** |
| (212) 573-8800.                               ) | |
| ) | |
| **WASHINGTON NATIONALS**        ) | |
| 1500 SOUTH CAPITOL ST, SE I        ) | |
| WASHINGTON, DC 20003.               ) | |
| (202) 640-7815                               ) | |
| ) | |
| **EVENTS DC**                                  ) | |
| 801 MOUNT VERNON PLACE, NW  ) | |
| WASHINGTON, DC 20001                ) | |
| (202) 249-3000/3193                       ) | |
| Defendant/Appellee.  ) | |

## NOTICE OF APPEAL

Notice is hereby given of pro se plaintiff Charles Awusin Inko-Tariah, (***Deaf, Speech and Visually Impaired***) proceeding In Forma Pauperis intention to file an appeal before the U.S Court of Appeals For The District of Columbia Circuit of the adverse decision on 11/10/22 by **Judge Amit P. Mehta.**

Respectfully submitted this <u>22nd </u>day of November 2022.

RECEIVED

NOV 2 2 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



Charles Awusin Inko-Tariah, pro-se
**(Deaf/Partially Blind 99% Self-Educated Banker, Poet, Author and Publisher)**
1203½ Otis Street, NE
*P. O. Box 29074
Washington, DC 20017-2516
**Email:** charles.inko.tariah12@gmail.com
(202) 855-3530 (Direct Line iPhone)
(202) 235-2832 (Video Phone iPad)

cc: Michael J. Lorenger
    Attorney at Law
    **LORENGER & CARNELL**
    651 South Washington Street
    Alexandria, Virginia 22314

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

CHARLES AWUSIN INKO-TARIAH )
           Appellant/Petitioner  )
                          )
Vs                     ) <u>CASE NO: 1:22-cv-01365-APM</u>
                          )
BUDWEISER BREW HOUSE ET AL)
           Appellee/Respondent )

### <u>DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS (U.S COURT OF APPEALS FOR THE D.C CIRCUIT)</u>

    I, <u>Charles Awusin Inko-Tariah,</u> am **Deaf, Speech-Impaired and Partly Blind** with mental health issue appellant/petitioner in the above entitled case now before the U.S Court of Appeals for the D.C Circuit. In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the cost of said proceeding or to give security therefor; that I believe I am entitled to waiver of $505.00 filing fees (In Forma Pauperis).

    I declare that the responses which I have made below are true. I have a balance of **$300.00** in a savings account with PNC Bank 3806 12th Street, NE, Washington DC 20017, a debit card with **$45.00** balance and **$80.00** cash in hand as of now.

    That I am on fixed SSDI/HUD aid total of about **$1,500.00** monthly most of it is claimed by **Deaf Reach Inc., (DEAF HORIZONS) 3722 12th Street, N.E, Washington DC 20017** for providing maintenance in a temporary court ordered semi-independent living house for the Deaf at **Cathy Moses House** 1203½ Otis Street, NE, Washington, DC 20017-2516 leaving me with only **$430.00** monthly stipend allowance limit effective 12-14-18 conditional release from 25-year federal custody mostly at Federal Medical Center, Butner, North Carolina (1994-2018).

    I have no other source of income, real estate, stocks, bonds, notes, automobile or other valuable property except 5 unpublished manuscripts and poetry whose value is undetermined until after it is printed and sold starting last June 2021. I have no dependent. I have launched a "GoFundMe" and received an anonymous donation of **$475.00** since its inception August 6, 2020 to self-publish my first 290-page book project titled "***AMERICAN EVIL EMPIRE***" (***Rumbling at the Jungle)*** with DiggyPOD, Michigan, USA finally published with limited 50 copies trial run last year 6/15/21 website link **https://www.book2look.com/book/Ud8ecVjjyi.**

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this <u>22nd</u> day of November 2022.

Charles Awusin Inko-Tariah, pro-se
1203½ Otis Street, NE
*P. O. Box 29074,
Washington, DC 20017-2516.
Email: charles.inko.tariah12@gmail.com
Direct Phone (202) 855-3530
Video Phone (202) 235-2832

# Standard Savings Statement
PNC Bank

 PNC BANK

Primary account number: ▓▓▓▓▓-5785
Page 1 of 3
Number of enclosures: 0

**For the period 07/01/2022 to 09/30/2022**

043613                                    000999444    MSP   281
CHARLES A TARIAH
1203 1/2 OTIS ST NE
WASHINGTON DC 20017-2516

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

✉ Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## IMPORTANT ACCOUNT INFORMATION FOR PREMIUM MONEY MARKET, PREMIERE MONEY MARKET, STATEMENT SAVINGS AND STANDARD SAVINGS CUSTOMERS

The information below amends certain information in our Consumer Schedule of Service Charges and Fees ('Schedule'). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective October 23, 2022, the following pricing changes will be in effect:

> Both Online Banking and Paper Statements will be $3.00 per month.*

*Online Banking Statements will continue to be provided at no charge.

Effective July 2022, PNC expanded their ATM network by 41,000 across the United States. Refer to PNC.com for more details.

If you have any questions, please feel free to visit your local PNC Branch or Solution Center or call the Customer Care Center at 1-888-762-2265.

## IMPORTANT ACCOUNT INFORMATION FOR ALL PERSONAL CHECKING, SAVINGS, AND MONEY MARKET ACCOUNT CUSTOMERS

The information below amends certain information in our Consumer Schedule of Service Charges and Fees ('Schedule') and our PNC Virtual Wallet Features and Fees ('Schedule'). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective August 6, 2022, the $36 Returned Item Fee will no longer be assessed for any consumer checking or savings account. A Returned Item (also known as Non-Sufficient Funds or NSF) fee occurs when an item is returned unpaid.

PNC will remove the references to Returned Item (NSF) fees charged to consumer accounts where they appear in the Consumer Schedule of Service Charges and Fees ('Schedule'), PNC Virtual Wallet Features and Fees ('Schedule'), Account Agreement for Personal Checking, Savings and Money Market Account, and PNC Virtual Wallet Fine Print.

If you have any questions, please feel free to stop by a local PNC Branch or call the Customer Care Center at 1-888-762-2265.



# Standard Savings Statement

🖥 For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 07/01/2022 to 09/30/2022**
CHARLES A TARIAH
Primary account number: ███████-5785
Page 2 of 3

## Standard Savings Account Summary

Account number: ███████-5785

CHARLES A TARIAH

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 200.00 | 1,480.01 | 1,430.00 | 250.01 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.01% | 92 | 308.97 | .01 |

As of 09/30, a total of **$.02** in interest was paid this year.

Your account is not linked to an eligible checking account and is earning the standard interest rate and Annual Percentage Yield. You can qualify for a relationship rate by linking your account to an eligible checking account and meeting certain requirements. For a detailed definition of the requirements, see your Standard Savings Consumer Schedule of Service Charges and Fees.

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 07/01 | 200.00 | Deposit Reference No. 051740159 |
| 08/01 | 180.00 | Deposit Reference No. 046562285 |
| 08/22 | 500.00 | Deposit Reference No. 046522918 |
| 08/22 | 100.00 | Deposit Reference No. 046522995 |
| 08/31 | .01 | Interest Payment |
| 09/02 | 500.00 | Deposit Reference No. 050226233 |

There were 6 Deposits and Other Additions totaling **$1,480.01**.

### Other Deductions

| Date | Amount | Description |
|---|---|---|
| 07/05 | 200.00 | Withdrawal Reference No. 049693059 |
| 07/29 | 70.00 | Withdrawal Reference No. 051870142 |
| 07/31 | 5.00 | Monthly Service Charge        T0 |
| 08/02 | 100.00 | Withdrawal Reference No. 047491409 |
| 08/12 | 100.00 | Withdrawal Reference No. 046107822 |
| 08/26 | 500.00 | Withdrawal Reference No. 049185597 |
| 08/31 | 5.00 | Monthly Service Charge        T0 |
| 09/06 | 100.00 | Withdrawal Reference No. 048303978 |
| 09/19 | 250.00 | Withdrawal Reference No. 049667131 |
| 09/23 | 100.00 | Withdrawal Reference No. 046145003 |

There were 10 Other Deductions totaling **$1,430.00**.

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 07/01 | 400.00 | 08/01 | 305.00 | 08/26 | 205.00 | 09/19 | 350.01 |
| 07/05 | 200.00 | 08/02 | 205.00 | 08/31 | 200.01 | 09/23 | 250.01 |
| 07/29 | 130.00 | 08/12 | 105.00 | 09/02 | 700.01 | | |
| 07/31 | 125.00 | 08/22 | 705.00 | 09/06 | 600.01 | | |

## Reviewing Your Statement



Please review this statement carefully and reconcile it with your records.  Call the telephone number on the upper right side of the first page of this statement if:
* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account
### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement.  Remember to begin with the ending date of your last statement.  (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement    $ _____

Add deposits and other additions not recorded    Total A + $ _____

Subtotal= $ _____

Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance    = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC  Equal Housing Lender

**Account Number:** 5785     **PNC**

| Post Date | Effective Date | Amount | Balance | DCN | Stm | Type | Description |
|---|---|---|---|---|---|---|---|
| 11/04/2022 | 11/04/2022 | $260.00 | $310.01 | C | | Deposit | DEPOSIT 050612659 050612659 |
| 10/31/2022 | 10/31/2022 | $150.00 | $50.01 | D | | Withdrawal | WITHDRAWAL 047513289 047513289 |
| 10/20/2022 | 10/20/2022 | $150.00 | $200.01 | D | | Withdrawal | WITHDRAWAL 051399003 051399003 |
| 10/14/2022 | 10/14/2022 | $100.00 | $350.01 | D | | Withdrawal | WITHDRAWAL 052434032 052434032 |
| 10/03/2022 | 10/03/2022 | $200.00 | $450.01 | C | | Deposit | DEPOSIT 049630155 049630155 |
| 09/23/2022 | 09/23/2022 | $100.00 | $250.01 | D | Y | Withdrawal | WITHDRAWAL 046145003 046145003 |
| 09/19/2022 | 09/19/2022 | $250.00 | $350.01 | D | Y | Withdrawal | WITHDRAWAL 049667131 049667131 |
| 09/06/2022 | 09/06/2022 | $100.00 | $600.01 | D | Y | Withdrawal | WITHDRAWAL 048303978 048303978 |
| 09/02/2022 | 09/02/2022 | $500.00 | $700.01 | C | Y | Deposit | DEPOSIT 050226233 050226233 |
| 08/31/2022 | 08/31/2022 | $5.00 | $200.01 | D | Y | Fee | MONTHLY SERVICE CHARGE T0I-GEN122083100049457 |
| 08/31/2022 | 08/31/2022 | $0.01 | $205.01 | C | Y | Interest | INTEREST PAYMENTI-GEN122083100049456 |
| 08/26/2022 | 08/26/2022 | $500.00 | $205.00 | D | Y | Withdrawal | WITHDRAWAL 049185597 049185597 |
| 08/22/2022 | 08/22/2022 | $100.00 | $705.00 | C | Y | Deposit | DEPOSIT 046522995 046522995 |
| 08/22/2022 | 08/22/2022 | $500.00 | $605.00 | C | Y | Deposit | DEPOSIT 046522918 046522918 |
| 08/12/2022 | 08/12/2022 | $100.00 | $105.00 | D | Y | Withdrawal | WITHDRAWAL 046107822 046107822 |
| 08/02/2022 | 08/02/2022 | $100.00 | $205.00 | D | Y | Withdrawal | WITHDRAWAL 047491409 047491409 |
| 08/01/2022 | 08/01/2022 | $180.00 | $305.00 | C | Y | Deposit | DEPOSIT 046562285 046562285 |
| 07/31/2022 | 07/29/2022 | $5.00 | $125.00 | D | Y | Fee | MONTHLY SERVICE CHARGE T0I-GEN122072900049199 |
| 07/29/2022 | 07/29/2022 | $70.00 | $130.00 | D | Y | Withdrawal | WITHDRAWAL 051870142 051870142 |
| 07/05/2022 | 07/05/2022 | $200.00 | $200.00 | D | Y | Withdrawal | WITHDRAWAL 049693059 049693059 |
| 07/01/2022 | 07/01/2022 | $200.00 | $400.00 | C | Y | Deposit | DEPOSIT 051740159 051740159 |
| 06/21/2022 | 06/21/2022 | $445.00 | $200.00 | D | Y | Withdrawal | WITHDRAWAL 051585920 051585920 |
| 06/13/2022 | 06/13/2022 | $100.00 | $645.00 | D | Y | Withdrawal | WITHDRAWAL 049928255 049928255 |

**Account Number:** 5352855785



| Post Date | Effective Date | Amount | Balance | DCN | Stm | Type | Description |
|---|---|---|---|---|---|---|---|
| 06/07/2022 | 06/07/2022 | $50.00 | $745.00 | D | Y | Withdrawal | WITHDRAWAL 048876522 048876522 |
| 06/07/2022 | 06/07/2022 | $745.00 | $795.00 | C | Y | Deposit | DEPOSIT 048876520 048876520 |
| 06/03/2022 | 06/03/2022 | $100.00 | $50.00 | D | Y | Withdrawal | WITHDRAWAL 051187750 051187750 |
| 05/31/2022 | 05/31/2022 | $5.00 | $150.00 | D | Y | Fee | MONTHLY SERVICE CHARGE T0I-GEN122053100052595 |
| 05/31/2022 | 05/31/2022 | $50.00 | $155.00 | D | Y | Withdrawal | WITHDRAWAL 046584507 046584507 |
| 05/26/2022 | 05/26/2022 | $540.00 | $205.00 | D | Y | Withdrawal | WITHDRAWAL 046751801 046751801 |
| 05/24/2022 | 05/24/2022 | $40.00 | $745.00 | D | Y | Withdrawal | WITHDRAWAL 047135241 047135241 |
| 05/24/2022 | 05/24/2022 | $745.00 | $785.00 | C | Y | Deposit | DEPOSIT 047135239 047135239 |
| 05/19/2022 | 05/19/2022 | $100.00 | $40.00 | D | Y | Withdrawal | WITHDRAWAL 047673407 047673407 |
| 05/06/2022 | 05/06/2022 | $45.00 | $140.00 | D | Y | Withdrawal | WITHDRAWAL 051987104 051987104 |
| 05/03/2022 | 05/03/2022 | $180.00 | $185.00 | C | Y | Deposit | DEPOSIT 050486045 050486045 |
| 04/30/2022 | 04/29/2022 | $5.00 | $5.00 | D | Y | Fee | MONTHLY SERVICE CHARGE T0I-GEN122042900049597 |
| 04/28/2022 | 04/28/2022 | $40.00 | $10.00 | D | Y | Withdrawal | WITHDRAWAL 051233295 051233295 |
| 04/19/2022 | 04/19/2022 | $100.00 | $50.00 | D | Y | Withdrawal | WITHDRAWAL 046837923 046837923 |
| 04/11/2022 | 04/11/2022 | $50.00 | $150.00 | D | Y | Withdrawal | WITHDRAWAL 046523979 046523979 |
| 04/05/2022 | 04/05/2022 | $200.00 | $200.00 | C | Y | Deposit | DEPOSIT 049241149 049241149 |
| 03/31/2022 | 03/31/2022 | $3.37 | $0.00 | D | Y | Fee | MONTHLY SERVICE CHARGE T0I-GEN122033100050270 |
| 03/21/2022 | 03/21/2022 | $50.00 | $3.37 | D | Y | Withdrawal | WITHDRAWAL 046717011 046717011 |
| 03/07/2022 | 03/07/2022 | $150.00 | $53.37 | D | Y | Withdrawal | WITHDRAWAL 050731708 050731708 |
| 03/04/2022 | 03/04/2022 | $200.00 | $203.37 | C | Y | Deposit | DEPOSIT 048042917 048042917 |
| 02/28/2022 | 02/28/2022 | $5.00 | $3.37 | D | Y | Fee | MONTHLY SERVICE CHARGE T0I-GEN122022800050828 |
| 02/28/2022 | 02/28/2022 | $0.01 | $8.37 | C | Y | Interest | INTEREST PAYMENTI-GEN122022800050827 |
| 02/28/2022 | 02/28/2022 | $35.00 | $8.36 | D | Y | Withdrawal | WITHDRAWAL 046567011 046567011 |