# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-7160**  **September Term, 2022**

**1:22-cv-01365-APM**

**Filed On: July 28, 2023** [2010131]

Charles Awusin Inko-Tariah,

    Appellant

  v.

Budweiser Brew House, et al.,

    Appellees

## M A N D A T E

In accordance with the order of June 20, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

            BY:    /s/
                        Daniel J. Reidy
                        Deputy Clerk

Link to the order filed June 20, 2023